## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| WAHAN KRIKORIAN, | : | CIVIL ACTION NO. |
| On Behalf of the TPS Parking Management, LLC | : | 16-cv-00094-REB-MJW |
| 401(k) Plan and On Behalf of All Other Similarly | : | |
| Situated Employee Benefit Plans, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GREAT-WEST LIFE & ANNUITY INSURANCE | : | |
| COMPANY, GREAT-WEST LIFE & ANNUITY | : | |
| INSURANCE COMPANY OF NEW YORK, | : | |
| GREAT-WEST TRUST COMPANY, LLC, and | : | |
| ADVISED ASSETS GROUP, LLC, | : | |
| collectively d/b/a EMPOWER RETIREMENT, | : | APRIL 11, 2016 |
| | : | |
| Defendants. | : | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff's Complaint in this action (Dkt. 1) contains a jury demand;

WHEREAS, Plaintiff and Defendants have met and conferred, and Plaintiff has agreed to withdraw its demand for a jury;

NOW THEREFORE, the parties stipulate to and request that the Court enter the following Order:

Plaintiff's jury demand is withdrawn and any trial in this action shall proceed without a jury.

IT IS SO STIPULATED AND AGREED BY ALL OF THE PARTIES.

/s/ Laurie Rubinow
James E. Miller
Laurie Rubinow
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email:  jmiller@sfmslaw.com
           lrubinow@sfmslaw.com

Ronald S. Kravitz
Kolin C. Tang
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rkravitz@sfmslaw.com
          ktang@sfmslaw.com

Nathan Zipperian
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
1625 N. Commerce Pkwy., Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: nzipperian@sfmslaw.com

Sahag Majarian
LAW OFFICES OF SAHAG MAJARIAN
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

*Attorneys for Plaintiff*

/s/ Joel S. Feldman
Joel S. Feldman
Mark B. Blocker
Daniel R. Thies
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-2030
Facsimile: (312) 853-7036
Email: jfeldman@sidley.com
       mblocker@sidley.com
       dthies@sidley.com

Edward C. Stewart, #23834
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: stewart@wtotrial.com

*Attorneys for Defendants*

       IT IS SO ORDERED.

DATED at Denver, Colorado, this___day of April, 2016.

                                           BY THE COURT:

                                           _____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2016, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and that such filing will accomplish service upon all counsel of record.

                                        /s/Laurie Rubinow
                                        Laurie Rubinow
                                        SHEPHERD, FINKELMAN, MILLER
                                          &amp; SHAH, LLP