IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00094-REB-MJW

WAHAN KRIKORIA,
On Behalf of the TPS Parking Management, LLC 401(k) Plan and On Behalf of All Other Similarly Situated Employee Benefit Plans,

Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,
GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY OF NEW YORK,
GREAT-WEST LIFE TRUST COMPANY, LLC, and
ADVISED ASSETS GROUP, LLC,
collectively d/b/a EMPOWER RETIREMENT,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Protective Order (docket no. 31) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 31-1) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: April 18, 2016