**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 16-cv-00094-REB-SKC

WAHAN KRIKORIAN, On Behalf of the TPS Parking Management, LLC 401(k) Plan and On Behalf of All Other Similarly Situated Employee Benefit Plans,,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,
GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY OF NEW YORK,
GREAT-WEST TRUST COMPANY, LLC, and
ADVISED ASSETS GROUP, LLC, collectively d/b/a EMPOWER RETIREMENT,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the parties' **Stipulation of Dismissal Pursuant to FED.R.CIV.P. 41(a)** [#202][1] filed January 14, 2019. After reviewing the motion and the record, I conclude the stipulation should be approved and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation of Dismissal Pursuant to FED.R.CIV.P. 41(a)** [#202] filed January 14, 2019, is approved;

2. That this action is dismissed with the parties to pay their own attorney fees and costs;

---

[1] "[#202]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    3.  That all pending deadlines are vacated;

    4.  That the combined final pretrial conference/trial preparation conference set February 15, 2019, is vacated;

    6.  That the jury trial set to commence March 4, 2019, is vacated; and

    7.  That this case is closed.

Dated January 14, 2019, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge